1036

No. 841.   COUNTRY MUTUAL INSURANCE CO. *v.* ANDEEN, ADMINISTRATOR, ET AL.   Sup. Ct. Ill.   Certiorari denied. *Jack E. Horsley* for petitioner.   *Edward L. Eagle, Jr.,* for respondents.

No. 846.   KANSAS CITY TRANSIT, INC. *v.* KANSAS CITY, MISSOURI. · Sup. Ct. Mo.   Certiorari denied. *Albert Thomson* and *Daniel L. Brenner* for petitioner.   *Jack L. Simms* for respondent.

No. 848.   SWIFT & CO., INC., ET AL. *v.* WICKHAM, COMMISSIONER OF AGRICULTURE & MARKETS OF NEW YORK. C. A. 2d Cir.   Certiorari denied.   *William J. Condon, William J. Colavito, William P. Woods, Arthur C. O'Meara* and *Earl G. Spiker* for Swift & Co., Inc., and *Edmund L. Jones* for Armour & Co., petitioners.   *Louis J. Lefkowitz,* Attorney General of New York, for respondent.

No. 856.   GORDON *v.* CITY OF WORCESTER ET AL.   C. A. 1st Cir.   Certiorari denied.   Petitioner *pro se.   Harry J. Melski* for respondent City of Worcester.

No. 861.   JANOVIC *v.* ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.   *John W. Rood* for petitioner.

No. 966.   UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. *v.* UNITED STATES ET AL.   C. A. D. C. Cir. Certiorari denied.   *Bernard Kleiman, Elliot Bredhoff, Michael Gottesman, George Cohen, Nathan Lipson* and *Alfred Lawson* for petitioners.   *Solicitor General Marshall, Assistant Attorney General Sanders* and *Alan S. Rosenthal* for the United States, and *Guy Farmer* and *William C. Treanor* for Union Carbide Corp., respondents.